UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiffs,

v.

OCIE L. CARLISLE,

        Defendant,

v.

NATIONAL CITY BANK,

        Garnishee.
_____/

CASE NO. 07-15438

HON. MARIANNE O. BATTANI

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO SET ASIDE CLERK'S ENTRY OF JUDGMENT**

     Plaintiff filed its Complaint in December 2007, alleging that Defendant Ocie L. Carlisle defaulted on a student loan and was in debt to the United States Department of Education. Defendant never answered, and the Clerk entered a default judgment pursuant to Fed. R. Civ. P. 55(b)(1). In January 2009, Defendant moved to set aside the default judgment. The Court referred this matter to the Magistrate Judge.

     In a Report and Recommendation ("R&R") dated August 11, 2009, Magistrate Judge Komives recommended that Defendant's motion be denied. The Court has reviewed the pleadings and has conducted a *de novo* review of the R&R. The Court finds the R&R accurately articulates the law and presents a well-reasoned, persuasive analysis of the application of governing law to the facts of this case.

The Magistrate Judge informed the parties that objections to the R&R must be filed within ten days of service and that a party's failure to file objections would waive any further right of appeal.  See R&R at 9-10.  Neither party filed an objection.

Because no objection has been filed in this case, the parties waived their right to review and appeal.  Accordingly, the Court **ADOPTS** the Magistrate Judge's recommendation and **DENIES** Defendant's Motion to Set Aside Clerk's Entry of Judgment.

**IT IS SO ORDERED.**

                                                      s/Marianne O. Battani  
                                                    MARIANNE O. BATTANI  
                                                    UNITED STATES DISTRICT JUDGE

Date:  September 1, 2009

### CERTIFICATE OF SERVICE

Copies of this Order were mailed and/or electronically filed to counsel of record and Defendant on this date.

                                                    s/Bernadette M. Thebolt  
                                                    Deputy Clerk